NUMBER 13-05-508-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

TENET, INC. D/B/A 

BROWNSVILLE MEDICAL CENTER , Appellant,


v.



ARTURO MENDOZA, ET AL., Appellees. 

_____________________________________________________________


On appeal from the 107th District Court of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion Per Curiam


 Appellant, Tenet Healthcare, Ltd. d/b/a Brownsville Medical Center, and appellees,
Arturo Mendoza, et al., have filed a joint motion to set aside the trial court's judgment
without reference to the merits, and to remand this cause to the trial court to enter an
agreed dismissal. According to the motion, the parties have settled and compromised their
dispute. 

 The Court, having considered the documents on file and the parties' motion, is of
the opinion that the motion should be granted. See Tex. R. App. P. 42.1(a)(2)(B). 
Accordingly, we SET ASIDE and VACATE the trial court's judgment without reference to
the merits and REMAND the case to the trial court for entry of an agreed order of
dismissal, costs taxed to the party incurring same, in accordance with the parties'
agreement. See id. We further RELEASE Tenet Healthcare, Ltd. d/b/a Brownsville
Medical Center and its surety, Liberty Mutual Insurance Company, from the supersedeas
bond filed in connection with this appeal. 

 PER CURIAM

Memorandum Opinion delivered and

filed this the 20th day of March, 2008.